# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 23, 2011

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-3195

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Central District of Illinois. |
| | |
| *v.* | No. 07-CR-10043 |
| | |
| ANTHONY L. FLETCHER, | Michael M. Mihm, |
| *Defendant-Appellant*. | *Judge*. |

**O R D E R**

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTIONS TO: (1) STAY MANDATE; (2) EXTEND TIME FOR PETITION FOR REHEARING; AND (3) CORRECT COURT'S OPINION,** filed on February 18, 2011, by counsel for the government,

**IT IS ORDERED** that the motion is **GRANTED**.  The deadline for filing a petition for rehearing is extended to March 28, 2011.  This will also extend the deadline for issuing the mandate, so it is unnecessary to stay the mandate.

The slip opinion issued in the above entitled cause on February 10, 2011 is amended as follows:

The first full sentence on page 2 of the slip opinion should read,

"Three hundred and sixty months of Fletcher's prison term are to run concurrently with state convictions in McLean County, Illinois, for related crimes."